FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone:  (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com
Attorney for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EDTIVIA BRINSTON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ENTERPRISE LEASING COMPANY-WEST, LLC; DOES 1 through 50; inclusive,<br><br>Defendant(s). | Case No.: 2:24-cv-00507-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendant, Enterprise Leasing Company West, LLC, will have up to and including April 12, 2024, to answer or otherwise respond to Plaintiff's Complaint (ECF No. 1).  This is the first request for an extension of this deadline.  The extension is sought to allow further time to investigate the facts of this purported class action and

FP 49943989.1

1  to discuss potential resolution.

2  FISHER & PHILLIPS, LLP                GABROY MESSER

3

4  By: /s/ Scott M. Mahoney              By: /s/ Christian Gabroy, Esq.
   Scott M. Mahoney, Esq.                Christian Gabroy, Esq.
5  300 S. Fourth Street                  Kaine Messer, Esq.
   Suite 1500                            170 S. Green Valley Pkwy, Suite 280
6  Las Vegas, Nevada 89101               Henderson, Nevada 89012
   Attorneys for Defendant               Attorneys for Plaintiff
7

8                                        IT IS SO ORDERED:

9

10                                       _____
                                         United States Magistrate Judge
11
                                         Dated: March 21, 2024
12