FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone:  (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com
Attorney for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDTIVIA BRINSTON, on behalf of herself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ENTERPRISE LEASING COMPANY-WEST, LLC; DOES 1 through 50; inclusive,<br><br>　　　　　　Defendant(s). | Case No.: 2:24-cv-00507-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(Second Request)** |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendant, Enterprise Leasing Company West, LLC, will have up to and including May 3, 2024, to answer or otherwise respond to Plaintiff's Complaint (ECF No. 1).  This is the first second request for an extension of this deadline.  The parties have been having discussions which will hopefully lead to the resolution of this

- 1 -

FP 50302295.1

1  purported class action.

2  FISHER & PHILLIPS, LLP                    GABROY MESSER

4  By: */s/* Scott M. Mahoney                By: /s/ Christian Gabroy, Esq.
   Scott M. Mahoney, Esq.                    Christian Gabroy, Esq.
5  300 S. Fourth Street                      Kaine Messer, Esq.
   Suite 1500                                170 S. Green Valley Pkwy, Suite 280
6  Las Vegas, Nevada 89101                   Henderson, Nevada 89012
   Attorneys for Defendant                   Attorneys for Plaintiff

IT IS SO ORDERED:

_____
United States Magistrate Judge

Dated: April 12, 2024