Christian Gabroy
(#8805)
Kaine Messer
(#14240)
GABROY | MESSER
The District at Green Valley Ranch
170 South Green Valley Parkway
Suite 280
Henderson, Nevada 89012
Tel:   (702) 259-7777
Fax:   (702) 259-7704
christian@gabroy.com
kmesser@gabroy.com
*Attorneys for Plaintiff Edtivia Brinston*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| EDTIVIA BRINSTON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ENTERPRISE LEASING COMPANY-WEST, LLC; DOES 1 through 50; inclusive,<br><br>Defendant(s). | Case No.: 2:24-cv-00507-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS**<br><br>**(First Request)**<br><br>**ECF No. 13** |

### STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Plaintiff Edtivia Brinston will have up to and including May 31, 2024, to respond to Defendant Enterprise Leasing Company West, LLC's Motion to Dismiss (the "Motion," ECF No. 11). The Motion was filed on May 3, 2024 and the Response is currently due May 17, 2024. This is the first request for an extension of this deadline.

The parties continue to have discussions which will hopefully lead to the resolution of this matter. As such, the parties do not wish to unnecessarily burden the Court nor have this Honorable Court unnecessarily expend judicial resources,

nor do the parties wish to expend resources preparing and filing further motion work, in the event the pending Motion becomes moot. Accordingly, good cause supports the request.

To facilitate this request, the parties further respectfully request that the hearing on Defendant's Motion, currently set for Monday, June 3, 2024 (*see* ECF No. 12), be reset to a date and time of the Court's convenience no earlier than June 17, 2024.

This stipulation is made in good faith and not for purposes of undue delay or burden. No parties are prejudiced by this stipulation.

| Dated this 17th day of May 2024. | Dated this 17th day of May 2024. |
|---|---|
| GABROY | MESSER | FISHER & PHILLIPS LLP |
| By: */s/ Christian Gabroy*<br>Christian Gabroy<br>Nev. Bar No. 8805<br>Kaine Messer<br>Nev. Bar No. 14240<br>The District at Green Valley Ranch<br>170 South Green Valley Parkway<br>Suite 280<br>Henderson, Nevada 89012<br>*Attorneys for Plaintiff* | By: */s/ Scott M. Mahoney*<br>Scott M. Mahoney<br>Nev. Bar No. 1099<br>300 South Fourth Street<br>Suite 1500<br>Las Vegas, Nevada 89101<br>*Attorney for Defendant* |

### ORDER

Based on the parties' stipulation [ECF No. 13] and good cause appearing, IT IS ORDERED that **plaintiff's deadline to respond to the motion to dismiss [11] is extended to May 31, 2024.  The hearing on that motion scheduled for June 3, 2024, is VACATED.**  The court will consider resetting the hearing once this matter is fully briefed.

:

_____
UNITED STATES DISTRICT JUDGE

Dated: __5/17/24_____