Christian Gabroy
(#8805)
Kaine Messer
(#14240)
GABROY | MESSER
The District at Green Valley Ranch
170 South Green Valley Parkway
Suite 280
Henderson, Nevada 89012
Tel:   (702) 259-7777
Fax:   (702) 259-7704
christian@gabroy.com
kmesser@gabroy.com
*Attorneys for Plaintiff Edtivia Brinston*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| EDTIVIA BRINSTON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ENTERPRISE LEASING COMPANY-WEST, LLC; DOES 1 through 50; inclusive,<br><br>Defendant(s). | Case No.: 2:24-cv-00507-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS**<br><br>**(Third Request)**<br><br>ECF No. 17 |

**STIPULATION AND ORDER TO EXTEND TIME**
**TO RESPOND TO MOTION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Plaintiff Edtivia Brinston will have up to and including June 28, 2024, to respond to Defendant Enterprise Leasing Company West, LLC's Motion to Dismiss (the "Motion," ECF No. 11). The Motion was filed on May 3, 2024 and the Response is currently due June 14, 2024. This is the third request for an extension of this deadline.

The parties' discussions continue which they reasonably anticipate will lead to the resolution of this matter. As such, the parties do not wish to unnecessarily burden the Court nor have this Honorable Court unnecessarily expend judicial

resources, nor do the parties wish to expend resources preparing and filing further motion work, in the event the pending Motion becomes moot. Accordingly, good cause supports the request.

This stipulation is made in good faith and not for purposes of undue delay or burden. No parties are prejudiced by this stipulation.

| Dated this 14th day of June 2024. | Dated this 14th day of June 2024. |
|---|---|
| GABROY | MESSER | FISHER & PHILLIPS LLP |
| By: /s/ Christian Gabroy<br>Christian Gabroy<br>Nev. Bar No. 8805<br>Kaine Messer<br>Nev. Bar No. 14240<br>The District at Green Valley Ranch<br>170 South Green Valley Parkway<br>Suite 280<br>Henderson, Nevada 89012<br>*Attorneys for Plaintiff* | By: /s/ Scott M. Mahoney<br>Scott M. Mahoney<br>Nev. Bar No. 1099<br>300 South Fourth Street<br>Suite 1500<br>Las Vegas, Nevada 89101<br>*Attorney for Defendant* |

**ORDER**

**Based on the parties' stipulation [ECF No. 17] and good cause appearing, IT IS ORDERED that the deadline to respond to the motion to dismiss [ECF No. 11] is EXTENDED to June 28, 2024.**

_____
UNITED STATES DISTRICT JUDGE

Dated: **6/14/24** _____