# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| EDTIVIA BRINSTON,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>ENTERPRISE LEASING COMPANY – WEST, LLC,<br><br>　　　　Defendant(s). | Case No. 2:24-cv-00507-JAD-NJK<br><br>**Order** |

　　　　To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties must file a joint discovery plan by June 28, 2024.

　　　　IT IS SO ORDERED.

　　　　Dated: June 21, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge