FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone: (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com
Attorney for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EDTIVIA BRINSTON, on behalf of herself and all others similarly situated,<br><br>                Plaintiff,<br><br>vs.<br><br>ENTERPRISE LEASING COMPANY-WEST, LLC; DOES 1 through 50; inclusive,<br><br>                Defendant(s). | Case No.: 2:24-cv-00507-JAD-NJK<br><br>**Stipulation and Order Staying Deadlines in Light of Joint Notice of Settlement**<br><br>ECF Nos. 11, 23 |

      IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that based on a settlement reached on July 2, 2024, that any pending filing deadlines in this case be stayed until August 2, 2024 to give the parties time to finalize

- 1 -

FP 51317118.1

their settlement documents and get a Stipulation and Order for Dismissal on file.

| FISHER & PHILLIPS, LLP | GABROY MESSER |
|---|---|
| By: /s/ Scott M. Mahoney<br>Scott M. Mahoney, Esq.<br>300 S. Fourth Street<br>Suite 1500<br>Las Vegas, Nevada 89101<br>Attorneys for Defendant | By: /s/ Christian Gabroy, Esq.<br>Christian Gabroy, Esq.<br>Kaine Messer, Esq.<br>170 S. Green Valley Pkwy, Suite 280<br>Henderson, Nevada 89012<br>Attorneys for Plaintiff |

## ORDER

Based on the parties' stipulation and notice of settlement [ECF No. 23] and good cause appearing, IT IS HEREBY ORDERED that **ALL DEADLINES ARE STAYED until August 2, 2024, and the pending motion to dismiss [ECF No. 11] is DENIED as moot** and without prejudice to its prompt refiling should this settlement not be completed. **The parties have until August 2, 2024, to file a stipulated dismissal.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 3, 2024

FP 51317118.1