1  FISHER & PHILLIPS LLP
   SCOTT M. MAHONEY, ESQ.
2  Nevada Bar No. 1099
3  300 S. Fourth Street
   Suite 1500
4  Las Vegas, NV  89101
   Telephone: (702) 252-3131
5  E-Mail Address:  smahoney@fisherphillips.com
   Attorney for Defendant
6

7                  **UNITED STATES DISTRICT COURT**

8                       **DISTRICT OF NEVADA**

EDTIVIA BRINSTON, on behalf of herself and all others similarly situated,

  Plaintiff,

vs.

ENTERPRISE LEASING COMPANY-WEST, LLC; DOES 1 through 50; inclusive,

  Defendant(s).

Case No.: 2:24-cv-00507-JAD-NJK

**STIPULATION AND ORDER TO EXTEND TIME TO FILE DISMISSAL**
**(First Request)**

    IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that the parties will have an extension of time up to and including August 26, 2024 to get a Stipulation and Order for Dismissal on file.  A Settlement Agreement has prepared but is still being finalized.  This is the first request for an extension of this

- 1 -

51740982
FP 51740982.1

1  deadline since a settlement was reached.

2  FISHER & PHILLIPS, LLP					GABROY MESSER

4  By: /s/ Scott M. Mahoney				By: /s/ Christian Gabroy, Esq.
   Scott M. Mahoney, Esq.				Christian Gabroy, Esq.
5  300 S. Fourth Street					Kaine Messer, Esq.
   Suite 1500						170 S. Green Valley Pkwy, Suite 280
6  Las Vegas, Nevada 89101				Henderson, Nevada 89012
   Attorneys for Defendant				Attorneys for Plaintiff

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: 8/2/24

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

- 2 -

51740982
FP 51740982.1