FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone: (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com
Attorney for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EDTIVIA BRINSTON, on behalf of herself and all others similarly situated,<br><br>                    Plaintiff,<br><br>vs.<br><br>ENTERPRISE LEASING COMPANY-WEST, LLC; DOES 1 through 50; inclusive,<br><br>                    Defendant(s). | Case No.: 2:24-cv-00507-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE DISMISSAL**<br><br>**(Second Request)**<br><br>ECF No. 27 |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that the parties will have an extension of time up to and including September 9, 2024 to get a Stipulation and Order for Dismissal on file.  A Settlement Agreement has been signed but the settlement is still being consummated.  This is the second

- 1 -

FP 52011995.1

1  request for an extension of this deadline since a settlement was reached.

2  FISHER & PHILLIPS, LLP                  GABROY MESSER

4  By: */s/* Scott M. Mahoney              By:  /s/ Christian Gabroy, Esq.
   Scott M. Mahoney, Esq.                  Christian Gabroy, Esq.
5  300 S. Fourth Street                    Kaine Messer, Esq.
   Suite 1500                              170 S. Green Valley Pkwy, Suite 280
6  Las Vegas, Nevada 89101                 Henderson, Nevada 89012
   Attorneys for Defendant                 Attorneys for Plaintiff

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

9/5/24 nunc pro tunc to 8/26/24

FP 52011995.1