Christian Gabroy
Nev. Bar No. 8805
Kaine Messer
Nev. Bar No. 14240
GABROY | MESSER
The District at Green Valley Ranch
170 South Green Valley Parkway
Suite 280
Henderson, Nevada 89012
Tel:   (702) 259-7777
Fax:   (702) 259-7704
christian@gabroy.com
kmesser@gabroy.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| EDTIVIA BRINSTON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ENTERPRISE LEASING COMPANY-WEST, LLC; DOES 1 through 50; inclusive,<br><br>Defendant(s). | Case No.: 2:24-cv-00507-JAD-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**<br><br>**ECF No. 28** |
|---|---|

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN Plaintiff Edtivia Brinston ("Plaintiff") and Defendant Enterprise Leasing Company-West, LLC ("Defendant"), by and through their respective counsel of record, that this action shall be dismissed with prejudice.

/ / /

IT IS FURTHER STIPULATED AND AGREED that all parties will bear their own costs and attorneys' fees incurred in relation to this matter.

| Dated this 4th day of September 2024. | Dated this 4th day of September 2024. |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| GABROY | MESSER | FISHER & PHILLIPS LLP |
| */s/ Christian Gabroy* | */s/ Scott M. Mahoney* |
| Christian Gabroy<br>Nev. Bar No. 8805<br>Kaine Messer<br>Nev. Bar No. 14240<br>The District at Green Valley Ranch<br>170 South Green Valley Parkway<br>Suite 280<br>Henderson, NV 89012<br>christian@gabroy.com<br>kmesser@gabroy.com<br>*Attorneys for Plaintiff* | Scott M. Mahoney<br>Nev. Bar No. 1099<br>300 South Fourth Street<br>Suite 1500<br>Las Vegas, NV 89101<br>smahoney@fisherphillips.com<br>*Attorney for Defendant* |

### ORDER

**Based on the parties' stipulation [ECF No. 28] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The Clerk of Court is directed to CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: September 5, 2024